**Order entered June 15, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00099-CV

### CITY OF IRVING, TEXAS, Appellant

### V.

### EDWIN MUNIZ, Appellee

### On Appeal from the County Court at Law No. 5
### Dallas County, Texas
### Trial Court Cause No. CC-18-07034-E

### ORDER

Before the Court is appellee's June 14, 2021 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than June 28, 2021.

/s/    BONNIE LEE GOLDSTEIN
          JUSTICE